### SPENCE *v.* FORTSON.

FISH, C. J. Under the pleadings and the evidence the refusal of an interlocutory injunction was not error.

*Judgment affirmed. All the Justices concur.*

No. 590. AUGUST 13, 1918.

Petition for injunction. Before Judge Cobb. Clarke superior court. August 17, 1917.

*Bachman & Simmons* for plaintiff.

*Blanton Fortson,* for defendant.